AO 245B       (Rev. 09/11) Judgment in a Criminal Case                                                    (NOTE:  Identify Changes with Asterisks (*))
v1            Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

**V.**

KEVIN DARCY GOLDEN

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(WO)

Case Number:  3:12cr83-01-MHT

USM Number:  13965002    (WO)

Jeffery C. Duffey

Defendant's Attorney

**Date of Original Judgment:**  2/19/2013

**(Or Date of Last Amended Judgment)**

## Reason for Amendment:

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☑ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant   ☐ 28 U.S.C. § 2255 or
   ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1s and 15s of the Superseding Indictment on October 15, 2012

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2251(a) | Producing Child Pornography | 5/5/2011 | 1s |
| 18 USC 2251(a) | Producing Child Pornography | 5/5/2011 | 15s |

☐ See additional count(s) on page 2

        The defendant is sentenced as provided in pages  2  through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  1-16 Orig. Ind.; 2s-14s & 16s   ☐ is   ☑ are dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 27, 2013

Date of Imposition of Judgment

/s/ Myron H. Thompson

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE

Name of Judge                          Title of Judge

February 27, 2013

Date

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 2 — Imprisonment

DEFENDANT:  KEVIN DARCY GOLDEN                          Judgment Page: 2 of 6
CASE NUMBER:  3:12cr83-01-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

420 Months. This term consists of 360 months on each of counts 1s and 15s, to be run consecutively, but only to the extent necessary to produce a total term of 420 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated to a facility where sex offender treatment is available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____   ☐ a.m.   ☐ p.m.   on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B
v1

(Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:  KEVIN DARCY GOLDEN
CASE NUMBER:  3:12cr83-01-MHT

Judgment Page: 3 of 6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Life.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☑  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 3C — Supervised Release

DEFENDANT:  KEVIN DARCY GOLDEN                          Judgment Page: 4 of 6
CASE NUMBER:  3:12cr83-01-MHT

## SPECIAL CONDITIONS OF SUPERVISION

1. In light of the defendant's immigration status, upon completion of the term of imprisonment, the defendant shall be
remanded to the custody of the Bureau of Immigration and Customs Enforcement for deportation
proceedings in accordance with the Immigration and Nationality Act. If deported, (a) the term of
supervision shall be non-reporting while he lives outside the United States; (b) the defendant shall not
illegally reenter the United States; and (c) if the defendant should reenter the United States during the term
of supervised release, he shall report to the nearest United States Probation Office within 72
hours of arrival.

2. The defendant shall have no direct or indirect contact with the victims. The defendant shall not associate with
children under the age of 18 except in the presence of a responsible adult who is aware of the
nature of your background and current offense, and who has been approved by the probation
officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself
from the situation and notify your probation officer within 24 hours of this contact.

3. The defendant shall participate in a mental health and/or sex offender treatment program as directed by the
probation officer. The defendant shall comply with all recommended treatment which may include
psychological and physiological testing, i.e., a polygraph, a plethysmograph, and/or an ABEL
assessment. The defendant shall maintain use of all prescribed medications.

4. The defendant shall have all residences and employment pre-approved by the probation officer five days
prior to any such change.

5. The defendant shall not possess or use any form of pornography or erotica nor enter any location where
pornography or erotica can be accessed, obtained, or viewed, including electronically accessed
materials.

6. The defendant shall not possess any sexually stimulating or oriented material deemed inappropriate by the
probation officer, or patronize any place where such material or entertainment is available.

7. The defendant shall not reside in or visit any residence where minor children also reside without the
approval of the probation officer.

8. The defendant shall not view, purchase or possess any images depicting minors engaged in sexual activity
or actors representing themselves to be under the age of 18.

9. The defendant shall not be employed in any position or participate as a volunteer in any activity that
involves contact with children under the age of 18, except as approved by the probation officer.

10. The defendant shall submit to a search of your person, property, house, residence, vehicle, papers,
computer, other electronic communication or data storage devices or media, and effects at any
time, with or without a warrant, by any law enforcement or probation officer (in the lawful
discharge of the officer's supervision functions) with reasonable suspicion concerning unlawful
conduct or a violation of a condition of probation or supervised release. Failure to submit to
such a search may be grounds for revocation. The defendant shall warn any other residents or occupants
that their premises or vehicle may be subject to search pursuant to this condition.

11. The defendant shall submit to unannounced examination of your computer equipment by the probation
if officer, which may include retrieval and copying of all data from the computer to ensure
compliance with this condition. In addition, you shall consent to the removal of such equipment
for the purpose of conducting a more thorough investigation and shall allow, at the discretion of
the probation officer, installation on your computer any hardware or software system to monitor
your computer use.

12. The defendant As required, you shall register with the state sex offender registration agency where you will
reside, will be employed, will carry on a vocation, or will be a student. Following initial
registration, you shall re-register as required by such state agency and should you move you shall notify such state agency
of any change in address.

13. You shall not loiter within 100 feet of any school property, playgrounds, arcades, childcare
facilities, swimming pools, or other places primarily used by children under the age of 18.

14. The defendant shall not rent a post office box or storage unit without prior approval of the probation
officer.

15. The defendant shall not form a romantic interest or sexual relationship with a woman or man with physical
custody of any child or children under the age of 18.

16. The defendant shall consent to third party disclosure to any employer or potential employer, concerning
any computer-related restrictions that are imposed upon him.

AO 245B       (Rev. 09/11) Judgment in a Criminal Case
v1            Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  KEVIN DARCY GOLDEN                                    Judgment Page: 5 of 6
CASE NUMBER:  3:12cr83-01-MHT

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ | $ $0.00 |

☑ The determination of restitution is deferred until ___5/7/2013___ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $0.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 6 — Schedule of Payments

Judgment Page: 6 of 6

DEFENDANT:  KEVIN DARCY GOLDEN
CASE NUMBER:  3:12cr83-01-MHT

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☑ Lump sum payment of $ ___200.00___ due immediately, balance due

        ☐ not later than _____ , or
        ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**   ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**   ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**   ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
        term of supervision; or

**E**   ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
        imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☑ Special instructions regarding the payment of criminal monetary penalties:

        All criminal monetary payments are to be made to the Clerk, United States District Court, Middle District of Alabama, Post
        Office Box 711, Montgomery, Alabama 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

        Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
        and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

        *(a) one HP Pavilion DV6 laptop computer, serial number CNF049D6SH;
        *(b) one Veho VCC-003-MUVI-BLK Muvi micro recorder.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.